IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

```
IN RE: DOROTA NAWROT                )
                                    )
                                    )
SUNTRUST MORTGAGE F/K/A CRESTAR     )
MORTGAGE,                           )
          Creditor,                 )
                                    )
    vs.                             ) CASE NO. 09B12169
                                    ) JUDGE PAMELA S. HOLLIS
DOROTA NAWROT,                      )
          Debtor                    )
                                    )
```

**<u>RESPONSE TO NOTICE OF PAYMENT OF FINAL MORTGAGE CURE</u>**

Now comes SunTrust Mortgage f/k/a Crestar Mortgage, by and through its attorneys, Pierce & Associates, P.C., and hereby responds to the Notice of Payment of Final Mortgage Cure, stating as follows:

1. The Debtor is due for the January 2010 contractual payment and all those thereafter.

2. The following is an itemization of fees and costs due on the loan as of July 22, 2010.

   a. Attorney's Fees                              =    $250.00

   b. Prior Bankruptcy Fees & Costs                =    $800.00

   c. Payments: 1/10 – 8/10   8 @ $2,601.54        = $20,812.32

   d. Late Charges            8 @   $130.08        =  $1,040.64

      Total                                        = $22,902.96

If no challenge to foregoing is made by motion filed with the court and served on the undersigned and the trustee within thirty days of this notice, SunTrust Mortgage f/k/a Crestar Mortgage rights to collect these amounts will remain unaffected.

    Respectfully Submitted,
    SunTrust Mortgage f/k/a Crestar Mortgage

    /s/Christopher M. Brown
    Christopher M. Brown
    ARDC#6271138

    Pierce and Associates, P.C.
    1 North Dearborn Street
    Suite 1300
    Chicago, Illinois 60602
    (312)346-9088